

**ORDERED in the Southern District of Florida on July 10, 2017.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:                                           **Case No.: 17-18453-BKC-PGH**

**Robert V Matthews,**                           **Chapter 7**
    **Debtor.**
_____/

### ORDER DISMISSING DEBTOR'S CASE WITH PREJUDICE FOR FAILURE TO PAY CHAPTER 7 FILING FEE

**THIS MATTER** came before the Court *sua sponte*. The Debtor filed the above-captioned chapter 7 case on July 5, 2017. The Debtor, however, did not pay the chapter 7 filing fee with the filing of the petition or file a motion for waiver of the filing fee. Accordingly, the Debtor's case is subject to dismissal, and the Court, being fully advised in the premises and for the reasons just discussed, hereby:

**ORDERS AND ADJUDGES** that:

1. The Debtor's case is **DISMISSED WITH PREJUDICE** to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above—named debtor for 180 days from entry

of this Order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. (If applicable), the trustee shall file a final report within 14 days of the date of this Order.

4. The Debtor shall immediately pay to the clerk of the court, Flagler Waterview Building, 1515 N Flagler Dr, Rm 801, West Palm Beach FL 33401, all fees dues and owing **($335.00)** as required by Local Rule 1017-2(E). <u>The Court will not entertain a motion for reconsideration of this Order unless all unpaid fees are paid at the time the motion is filed</u>.

5. In accordance with Local Rule 1002-1(B)(1)(b), the Clerk of Court is directed to refuse to accept for filing any future voluntary petitions submitted by this Debtor if the re-filing violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the Debtor.

###

Copies Furnished To:

Cherish A. Thompson, Esq.

Robert V Matthews
c/o Thompson PLLC
214 Brazilian Ave #200
Palm Beach, FL 33480

Robert C Furr, Trustee

AUST

The Clerk shall serve a copy of this Order on all parties.