United States Bankruptcy Court
Southern District of Florida

In re:                                                                                  Case No. 17-18453-PGH
Robert V Matthews                                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: romaguera          Page 1 of 1              Date Rcvd: Jul 10, 2017
                              Form ID: pdf001          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.
db             +Robert V Matthews,    c/o Thompson PLLC,    214 Brazilian Ave #200,    Palm Beach, FL 33480-4676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FRCFURR.COM Jul 11 2017 00:13:00      Robert C Furr,    www.furrtrustee.com,
                 2255 Glades Road Ste 337W,    Boca Raton, FL 33431-7379
smg             EDI: FLDEPREV.COM Jul 11 2017 00:13:00      Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Ft Lauderdale, FL  32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jul 11 2017 00:14:55      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
              Cherish A. Thompson, Esq.    on behalf of Debtor Robert V Matthews cherish@tafirm.com,
               eservice@tafirm.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robert C Furr    danderson@furrcohen.com, rcf@trustesolutions.net
                                                                                             TOTAL: 3



**ORDERED in the Southern District of Florida on July 10, 2017.**

**Paul G. Hyman, Jr., Judge
United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:                                              Case No.: 17-18453-BKC-PGH

Robert V Matthews,                                  Chapter 7
      Debtor.
_____/

### ORDER DISMISSING DEBTOR'S CASE WITH PREJUDICE FOR FAILURE TO PAY CHAPTER 7 FILING FEE

**THIS MATTER** came before the Court *sua sponte*. The Debtor filed the above-captioned chapter 7 case on July 5, 2017. The Debtor, however, did not pay the chapter 7 filing fee with the filing of the petition or file a motion for waiver of the filing fee. Accordingly, the Debtor's case is subject to dismissal, and the Court, being fully advised in the premises and for the reasons just discussed, hereby:

**ORDERS AND ADJUDGES** that:

1. The Debtor's case is **DISMISSED WITH PREJUDICE** to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above—named debtor for 180 days from entry

    of this Order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. (If applicable), the trustee shall file a final report within 14 days of the date of this Order.

4. The Debtor shall immediately pay to the clerk of the court, Flagler Waterview Building, 1515 N Flagler Dr, Rm 801, West Palm Beach FL 33401, all fees dues and owing **($335.00)** as required by Local Rule 1017-2(E). <u>The Court will not entertain a motion for reconsideration of this Order unless all unpaid fees are paid at the time the motion is filed</u>.

5. In accordance with Local Rule 1002-1(B)(1)(b), the Clerk of Court is directed to refuse to accept for filing any future voluntary petitions submitted by this Debtor if the re-filing violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the Debtor.

###

Copies Furnished To:

Cherish A. Thompson, Esq.

Robert V Matthews
c/o Thompson PLLC
214 Brazilian Ave #200
Palm Beach, FL 33480

Robert C Furr, Trustee

AUST

The Clerk shall serve a copy of this Order on all parties.